**Opinion issued November 21, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-13-00625-CV**

————————————

**MARK THEODORIDIS, Appellant**

**V.**

**GAY BUICK GMC, INC., Appellee**

On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Case No. 10-CV-2299

**MEMORANDUM OPINION**

Appellant, Mark Theodoridis, has filed an unopposed motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.